IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Gillespie, et al., | No. CV-13-01662-PHX-NVW |
| Plaintiffs, | **ORDER** |
| vs. | |
| J.R. Brothers Financial, Inc., et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss (Doc. 41), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation to Dismiss (Doc. 41).

IT IS FURTHER ORDERED that the Clerk's Office shall dismiss the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 2nd day of July, 2014.

_____
Neil V. Wake
United States District Judge